IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| KATIE HESS<br><br>    Plaintiff,<br><br><br>vs.<br><br><br>SALT LAKE COUNTY, et al.,<br><br>    Defendants, | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br><br>Case No. 2:13-CV-687 DB EJF<br><br>Judge Dee Benson |

      Before the court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse, on April 1, 2016, recommending that the Court deny Ms. Hess's Motion to Amend, and further recommending the dismissal of Salt Lake County and the Salt Lake County Sheriff.

      The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party has filed such an objection.

      Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court ADOPTS the Report and

Recommendation. Accordingly, the court orders as follows: (1) Ms. Hess's Motion to Amend is DENIED; and (2) Salt Lake County and the Salt Lake County Sheriff are DISMISSED.

It is so ordered

DATED this 27th day of May, 2016.

_____
Dee Benson
United States District Judge